IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DENISE FOSTER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 3:18-cv-300

Magistrate Judge Michael J. Newman
(Consent Case)

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 27); (2) DENYING PLAINTIFF'S MOTION FOR EAJA FEES (DOC. 26) AS MOOT; AND (3) AWARDING PLAINTIFF $5,500.00 IN EAJA FEES**

---

This Social Security disability benefits appeal is before the Court on the parties' joint motion in which they agree that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $5,500.00. Doc. 27. Based upon the parties' motion in which they present no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** the parties' joint motion (doc. 27); (2) **DENIES** Plaintiff's previously filed motion for EAJA fees (doc. 26) as moot; and (3) **GRANTS** Plaintiff EAJA fees in the amount of $5,500.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

Date:   December 30, 2019                 s/ Michael J. Newman
                                                              Michael J. Newman
                                                              United States Magistrate Judge